IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP | PLAINTIFF |
| v. | CAUSE NO. 1:24CV196-LG-BWR |
| LYNN FITCH in her official capacity as the Attorney General of Mississippi | DEFENDANT |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE, EXTENSION OF MOTION DEADLINE, ENTRY OF BRIEFING SCHEDULE, AND PERMISSION TO FILE EXCESS PAGES

**BEFORE THE COURT** is Defendant Attorney General Lynn Fitch's [84] Motion seeking a continuance, an extension of the dipositive motion deadline, entry of a summary-judgment briefing schedule, and permission to file excess pages. Plaintiff Astrazeneca does not oppose the Motion. After reviewing the Motion, the record in this matter, and the applicable law, the Court finds that the Motion should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant's [84] Motion for Continuance is **GRANTED**. The Bench Trial of this matter is scheduled for a three-week trial calendar beginning on November 2, 2026. The Final Pretrial Conference will be held on October 13-14, 2026.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant's [84] Motion to extend motion deadline, enter briefing schedule, and allow excess pages is **GRANTED**. The parties must adhere to the following briefing schedule and page limitations:

-2-

- Plaintiff's Motion for Summary Judgment and supporting Memorandum are due on January 23, 2026. Her Memorandum shall not exceed forty-five pages.

- Defendant's Cross-Motion for Summary Judgment, Memorandum in support of Motion for Summary Judgment, Response to Plaintiff's Motion for Summary Judgment, and Response Memorandum are due on February 16, 2026. Its combined supporting Memorandum and Response Memorandum shall not exceed fifty pages.

- Plaintiff's Reply, Response, and Response Memorandum are due on March 25, 2026. The combined Reply and Response Memorandum shall not exceed thirty pages.

- Defendant's Reply is due on April 15, 2026, and it shall not exceed twenty-five pages.

**SO ORDERED AND ADJUDGED** this the 18th day of December, 2025.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge