# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**ASTRAZENECA PHARMACEUTICALS LP**                                **PLAINTIFF**

v.                                                   CAUSE NO. 1:24-cv-00196-LG-BWR

**LYNN FITCH,** in her official capacity
as the Attorney General of Mississippi                              **DEFENDANT**

## ORDER GRANTING JOINT MOTION TO FILE CONFIDENTIAL INFORMATION WITH ACCESS RESTRICTED TO THE PARTIES

**BEFORE THE COURT** is the parties' Joint Motion [91] for Permission to File Confidential Information Under Seal, which this Court has construed as a motion to restrict access to the parties. Upon consideration of the parties' joint submissions, the record in this matter, and the applicable law, the Court finds that the Joint Motion should be granted.

The Federal Rules of Civil Procedure allow the Court to "limit or prohibit a nonparty's remote electronic access to a document filed with the Court." Fed. R. Civ. P. 5.2(e). Local Uniform Civil Rule 79 provides the procedure for parties seeking to file documents with restricted access. All documents that the parties seek to file with access restricted have been contain sensitive, confidential, and/or proprietary business information that was designated "Confidential" or "Attorneys' Eyes Only" under the First Amended Protective Order [66]. As a result, the parties have demonstrated there are clear and compelling reasons justifying restricting access to the parties, and their request is narrowly tailored to serve those reasons.

1

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the parties' Joint Motion [91] is **GRANTED** as follows:

1. AstraZeneca may file the following documents and information with access restricted to the parties:

    a. Documents produced by covered entities that have been designated "Confidential" or "Attorneys' Eyes Only" under the First Amended Protective Order;

    b. Covered entity deposition transcripts that have been designated "Confidential" or "Attorneys' Eyes Only" under the First Amended Protective Order;

    c. AstraZeneca's financial analysis that has been designated "Confidential" or "Attorneys' Eyes Only" under the First Amended Protective Order; and

    d. The unredacted version of its memorandum filed in support of its motion for summary judgment.

2. AstraZeneca is ordered to publicly file a memorandum in support of its motion for summary judgment that only redacts information directly referencing or deriving from restricted documents.

3. The Attorney General may file the Expert Report of Aaron Vandervelde as Exhibit A to the Attorney General's Motion [88] to Exclude Expert Testimony with access restricted to the parties.

4. When the parties file these documents, they shall submit to the Clerk of Court a notice of conventional filing along with the exhibits or documents to be filed with access restricted. The Clerk of Court shall file those exhibits or documents with access restricted to the parties' Counsel of Record.

**SO ORDERED AND ADJUDGED** this the 22nd day of January, 2026.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.

UNITED STATES DISTRICT JUDGE